IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA

ANGELA J. HANNEGAN,          )
                             )
            Plaintiff,       )
                             )
vs.                          )          No. CIV-12-49-W
                             )
MICHAEL J. ASTRUE,           )
Commissioner of the Social Security )
Administration,              )
                             )
            Defendant.       )

## ORDER

On January 28, 2013, United States Magistrate Judge Bana Roberts issued a

Report and Recommendation in this matter and recommended that the decision of Michael

J. Astrue, Commissioner of the Social Security Administration ("Commissioner"), denying

the Application for Disability Insurance Benefits and the Application for Supplemental

Security Income filed by plaintiff Angela J. Hannegan be reversed.  Magistrate Judge

Roberts further recommended that this matter be remanded to the Commissioner for

additional administrative proceedings.  The parties were advised of their right to object to

Magistrate Judge Roberts' Report and Recommendation, but neither party has objected

within the allotted time.

Upon review of the record, the Court concurs with Magistrate Judge Roberts'

determination that remand of this matter is warranted because the findings of the

Administrative Law Judge with regard to Hannegan's migraine headaches are not

supported by the evidence.

Accordingly, the Court

(1) ADOPTS the Report and Recommendation [Doc. 16] issued on January 28, 2013;

(2) REVERSES the Commissioner's decision denying Hannegan's Applications for Disability Insurance Benefits and Supplemental Security Income;

(3) REMANDS this matter to the Commissioner pursuant to sentence four of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), for further administrative proceedings in accordance with this Order and consistent with Magistrate Judge Roberts' Report and Recommendation; and

(4) ORDERS that judgment pursuant to this Order shall issue forthwith.

ENTERED this 20th day of February, 2013.

LEE R. WEST
UNITED STATES DISTRICT JUDGE